UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL BRADY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **LIQUIDITY SERVICES, INC.,** | ) | **Civil Case No. 18-cv-1040 (RCL)** |
| **Defendant.** | ) | |

**ORDER**

Before the Court is defendant Liquidity Services, Inc.'s (LSI) Motion to Dismiss [ECF No. 4]. For the reasons set forth in the accompanying memorandum opinion, the Court **GRANTS** LSI's Motion to Dismiss. Plaintiff's complaint is hereby dismissed.

**IT IS SO ORDERED.**

SIGNED this 29th day of November, 2018.

Royce C. Lamberth
United States District Judge